ORDER
GRIFFIN, Circuit Judge.
On May 6, 2014, defendants filed a petition for panel rehearing, as well as a motion to stay consideration of the petition for panel rehearing, pending the Supreme Court’s decision in M & G Polymers USA, LLC v. Tackett, Supreme Court No. 131010. On May 19, 2014, the majority of this panel granted appellant’s motion to stay consideration of the petition for rehearing. On January 26, 2015, the Supreme Court issued its decision in M & G Polymers USA, LLC v. Tackett, — U.S. —, 135 S.Ct. 926, 190 L.Ed.2d 809 (2015), which overruled this court’s decision in UAW v. Yard-Man, Inc., 716 F.2d 1476 (6th Cir.1983).
*526 We now GRANT appellant’s motion for panel rehearing and REMAND the case to the district court for reconsideration, and further proceedings if necessary, in light of the Supreme Court’s decision in Tackett. The prior opinion of this panel, United Steel, Paper and Forestry, Rubber, Manufacturing Energy, Allied Industries and Service Workers International Union v. Kelsey-Hayes Co., 750 F.3d 546 (6th Cir.2014), is accordingly VACATED.